AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**VENKANNA KANNA, M.D.**,

    **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**v.**

                        **CASE NO.  C2-11-004**
**ERIC SHINSEKI, et al.**,    **JUDGE EDMUND A. SARGUS, JR.**
                        **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

    **Defendants.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed May 8, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 8, 2012                          JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk